Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−17751−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara L. Grifa
   36 Brookside Road
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−9154

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:         9/18/19
Time:          12:00 PM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Andrew Archer
Debtor's Attorney

COMMISSION OR FEES
Fee: $1,005.00

EXPENSES
$40.00

---

If this is a chapter 13 case, the fees and expenses awarded:

   ☑      will not reduce the amount to be paid to general unsecured
          creditors under the plan.

   ☐      will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 23, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-17751-CMG
Barbara L. Grifa                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Aug 23, 2019
                           Form ID: 137         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db            +Barbara L. Grifa,   36 Brookside Road,   Spotswood, NJ 08884-1706
518187061     +Bay Area Credit Services,   4145 Shackleford Rd Ste,   Norcross, GA 30093-3541
518187060     +Bay Area Credit Services,   Attn: Bankruptcy,   4145 Shackleford Road, Suite 330b,
               Norcross, GA 30093-3541
518187063     +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
518187062     +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518187064     +McCabe, Weisberg & Conway, LLC,   216 Haddon Avenue, Suite 201,   Collingswood, NJ 08108-2818
518280118      Pendrick Capital Partners, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
               IRVING, TX  75014-1419
518187069     +Remex Inc,   307 Wall Street,   Princeton, NJ 08540-1515
518187067     +Remex Inc,   Attn: Bankruptcy,   307 Wall St.,   Princeton, NJ 08540-1515
518187074     +Select Portfolio Servicing, Inc,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
518312043     +TIAA, FSB,   301 W Bay Street,   Jacksonville, FL 32202-5184
518187076     +Tiaa Bank,   301 West Bay Street,   Jacksonville, FL 32202-5150
518187075     +Tiaa Bank,   Attn: Bankruptcy,   301 West Bay Street,   Jacksonville, FL 32202-5150
518211864     +University Radiology Group, PC,   PO Box 371863,   Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518187048      E-mail/Text: ebn@americollect.com Aug 24 2019 00:25:45     Americollect,   Po Box 1566,
               1851 South Alverno Road,   Manitowoc, WI 54221
518187054      E-mail/Text: ebn@americollect.com Aug 24 2019 00:25:46     Americollect,   Po Box 1566,
               Manitowoc, WI 54221
518211852     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 24 2019 00:25:18     Comenity Bank,
               Po Box 182125,   Columbus, OH 43218-2125
518187066      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2019 00:29:56
               Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
518187065     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2019 00:30:38
               Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518319247      E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
               SELECT PORTFOLIO SERVICING, INC., as servicer for,   PO BOX 65250,
               SALT LAKE CITY, UT 84165-0250
518187071     +E-mail/Text: bankruptcy@savit.com Aug 24 2019 00:29:08     SaVit Collection Agency,
               Attn: Bankruptcy,   Po Box 250,   East Brunswick, NJ 08816-0250
518187072     +E-mail/Text: bankruptcy@savit.com Aug 24 2019 00:29:08     SaVit Collection Agency,
               Po Box 250,   East Brunswick, NJ 08816-0250
518187073     +E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
               Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
               Salt Lake City, UT 84165-0250
518318076     +E-mail/Text: ebn@americollect.com Aug 24 2019 00:25:45     University Radiology Group,
               c/o Americollect Inc.,   POB 1566,   Manitowoc, WI 54221-1566
518187077     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2019 00:23:20
               Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
518303572     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2019 00:30:00     Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518187078     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2019 00:23:20
               Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
518187080     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2019 00:23:20
               Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
518187079     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2019 00:23:20
               Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
                                                                              TOTAL: 17


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +TIAA Bank,   301 West Bay Street,   Jacksonville, FL 32202-5150

                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 23, 2019
                             Form ID: 137              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Alexandra T. Garcia   on behalf of Creditor    TIAA, FSB NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew Thomas Archer   on behalf of Debtor Barbara L. Grifa aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon   on behalf of Loss Mitigation    TIAA Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo   on behalf of Creditor    TIAA, FSB nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          R. A. Lebron   on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC
           2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 bankruptcy@feinsuch.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```