Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17751−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara L. Grifa
   36 Brookside Road
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−9154

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 20, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 47 − 42
Order Granting Application for Early Termination of Loss Mitigation (Related Doc # 42). Loss Mitigation Period Terminated: 11/13/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/19/2019. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 20, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara L. Grifa  
    Debtor

Case No. 19-17751-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                   Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
lm           +TIAA Bank,    301 West Bay Street,    Jacksonville, FL 32202-5147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Andrew Thomas Archer    on behalf of Debtor Barbara L. Grifa aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon    on behalf of Loss Mitigation    TIAA Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marisa Myers Cohen    on behalf of Creditor    TIAA, FSB mcohen@mwc-law.com, jhillier@mwc-law.com  
         Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 bankruptcy@feinsuch.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 8