| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**McCABE, WEISBERG & CONWAY, LLC**<br>**By: Marisa J. Cohen, Esq. (Atty.**<br>**I.D.#\*\*\*MWC attorney bar number TE\*\*\*)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: TIAA, FSB | **Order Filed on November 19, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN re:<br><br>Barbara L. Grifa<br>         Debtor | Case No.: 19-17751-CMG<br>Chapter: 13<br>Judge: Christine M. Gravelle |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*new.8.26.11*

The court having granted the Notice of Request for Loss Mitigation by Barbara L. Grifa, filed on May 28, 2019, and a Request for

■  Early termination of the Loss Mitigation Period, effective Early Termination of the Loss Mitigation Period having been filed by TIAA, FSB   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective November 13, 2019.

Dated:  November 12, 2019                                                                                         /s/ Tracy Gill
                                                                                                                              Signature

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara L. Grifa  
    Debtor

Case No. 19-17751-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Nov 20, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
db            +Barbara L. Grifa,   36 Brookside Road,    Spotswood, NJ 08884-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB NJECFMAIL@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
      Andrew Thomas Archer    on behalf of Debtor Barbara L. Grifa aarcher@spillerarcherlaw.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon    on behalf of Loss Mitigation    TIAA Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marisa Myers Cohen    on behalf of Creditor    TIAA, FSB mcohen@mwc-law.com,   jhillier@mwc-law.com
      Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB nj-ecfmail@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
      R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
       WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC
       2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8