Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17751−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Barbara L. Grifa
  36 Brookside Road
  Spotswood, NJ 08884

Social Security No.:
  xxx−xx−9154

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: dmi

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 19-17751-CMG
Barbara L. Grifa                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Barbara L. Grifa,    36 Brookside Road,    Spotswood, NJ 08884-1706
518187061      +Bay Area Credit Services,    4145 Shackleford Rd Ste,    Norcross, GA 30093-3541
518187060      +Bay Area Credit Services,    Attn: Bankruptcy,    4145 Shackleford Road, Suite 330b,
                 Norcross, GA 30093-3541
518187064      +McCabe, Weisberg & Conway, LLC,    216 Haddon Avenue, Suite 201,    Collingswood, NJ 08108-2818
518280118       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX   75014-1419
518187069      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518187067      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518187074      +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518312043      +TIAA, FSB,    301 W Bay Street,    Jacksonville, FL 32202-5147
518187076      +Tiaa Bank,    301 West Bay Street,    Jacksonville, FL 32202-5147
518187075      +Tiaa Bank,    Attn: Bankruptcy,    301 West Bay Street,    Jacksonville, FL 32202-5147
518211864      +University Radiology Group, PC,    PO Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518187048       E-mail/Text: ebn@americollect.com Dec 04 2019 00:19:04      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
518187054       E-mail/Text: ebn@americollect.com Dec 04 2019 00:19:05      Americollect,    Po Box 1566,
                 Manitowoc, WI 54221
518187062      +EDI: CHASE.COM Dec 04 2019 04:38:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
518187063      +EDI: CHASE.COM Dec 04 2019 04:38:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
518211852      +EDI: WFNNB.COM Dec 04 2019 04:38:00      Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
518187066       EDI: PRA.COM Dec 04 2019 04:38:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
518187065      +EDI: PRA.COM Dec 04 2019 04:38:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
518319247       E-mail/Text: jennifer.chacon@spservicing.com Dec 04 2019 00:20:09
                 SELECT PORTFOLIO SERVICING, INC., as servicer for,    PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
518187071      +E-mail/Text: bankruptcy@savit.com Dec 04 2019 00:20:05      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518187072      +E-mail/Text: bankruptcy@savit.com Dec 04 2019 00:20:05      SaVit Collection Agency,
                 Po Box 250,    East Brunswick, NJ 08816-0250
518187073      +E-mail/Text: jennifer.chacon@spservicing.com Dec 04 2019 00:20:09
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
518318076      +E-mail/Text: ebn@americollect.com Dec 04 2019 00:19:04      University Radiology Group,
                 c/o Americollect Inc.,    POB 1566,    Manitowoc, WI 54221-1566
518187077      +EDI: VERIZONCOMB.COM Dec 04 2019 04:38:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
518303572      +EDI: AIS.COM Dec 04 2019 04:38:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518187078      +EDI: VERIZONCOMB.COM Dec 04 2019 04:38:00      Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
518187080      +EDI: VERIZONCOMB.COM Dec 04 2019 04:38:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
518187079      +EDI: VERIZONCOMB.COM Dec 04 2019 04:38:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +TIAA Bank,    301 West Bay Street,    Jacksonville, FL 32202-5147
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew Thomas Archer    on behalf of Debtor Barbara L. Grifa aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Loss Mitigation    TIAA Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    TIAA, FSB mcohen@mwc-law.com,   jhillier@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
               WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC
               2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```