UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Barbara L. Grifa

                                    Debtor(s)

**Order Filed on December 3, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 19-17751 / CMG

Judge: Christine M. Gravelle

Chapter: 13

**ORDER REGARDING CHAPTER 13 STANDING**
**TRUSTEE'S MOTION TO DISMISS OR**
**CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17751-CMG
Barbara L. Grifa                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Dec 03, 2019
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Barbara L. Grifa,   36 Brookside Road,   Spotswood, NJ 08884-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew Thomas Archer    on behalf of Debtor Barbara L. Grifa aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Loss Mitigation    TIAA Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    TIAA, FSB mcohen@mwc-law.com,   jhillier@mwc-law.com
          Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
           WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC
           2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1 bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 8